An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HENDERSON ORGANIC REMEDIES, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES; CITY OF HENDERSON, A MUNICIPAL CORPORATION AND POLITICAL SUBDIVISION OF THE STATE OF NEVADA; AND WELLNESS CONNECTION OF NEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 67852

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Matt Kinlin_

cc: Hon. Ronald J. Israel, District Judge
Smith & Shapiro, LLC
Henderson City Attorney
Jolley Urga Wirth Woodbury & Little
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-15244